# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                  **CASE NO: 2:11-cr-97-FtM-29SPC**

**RICK JEAN**

## ORDER

This matter comes before the Court on Motion for Leave to Seek Partial Payment of Court Appointed Counsel (Doc. #246) filed on August 9, 2012. Counsel moves the Court for permission to seek payment of attorney's fees to date, prior to the conclusion of the case. As grounds, Counsel indicates that significant time, over 90 hours, and expenses have been expended in the representation of this case to date. Given the circumstances in this case, Counsel moves for partial payment.

The Middle District of Florida Clerk's "Instructions for the Completion of the CJA 20 Form 20" provides that "Where it is considered necessary and appropriate in a specific case, the presiding trial judge may, upon written motion from counsel, arrange for periodical or interim payments to counsel." The Court, having considered the motions and circumstances represented by Counsel, finds good cause and will grant the relief requested. Counsel is directed to submit the appropriate CJA form in accordance with the guidelines and instructions.

Accordingly, it is now

**ORDERED:**

The Motion for Leave to Seek Partial Payment of Court Appointed Counsel (Doc. #246) is **GRANTED**. Counsel shall submit the requisite information regarding his hours worked to the Court on the CJA 20 form in accordance with the guidelines and instructions.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record